Rel: July 11, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2024-0627

Viktor Turek v. Wesley Hester, Vince Pitts, Mark Freeman, and Wes Murphy (Appeal from Shelby Circuit Court: CV-19-901149).

LEWIS, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Stewart, C.J., and Wise, Sellers, and Cook, JJ., concur.